

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-79,065-02

### EX PARTE MICHAEL A. SARLES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1212053D IN THE 213TH DISTRICT COURT
### FROM TARRANT COUNTY

**YEARY, J.,** filed a dissenting opinion.

### DISSENTING OPINION

I dissent for the reasons stated in my dissenting opinion in *Ex parte Fournier*, 473

S.W.3d 789 (Tex. Crim. App. 2015).


FILED: FEBRUARY 10, 2016
DO NOT PUBLISH